**No. 46804.**—Protests 12435–K, etc., of Stone & Downer Co. (Boston).

Opinion by Keefe, J.   In accordance with stipulation of counsel as to the method used by the licensed public weighers and the weight certificates issued by them, which were received in evidence, the court held that the weight as determined by the public weighers should be used by the collector as a basis for

determining the value upon which duty should be assessed. The protests were therefore sustained following Abstracts 38465 and 41115.